UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
October 4, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 19-106 SVW | Date October 4, 2019 |
| Title United States v. Leiva | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DETENTION

1. On September 23, District Judge Wilson held a hearing regarding allegations that Defendant violated the terms of her pretrial release. Judge Wilson revoked Defendant's bond and ordered her to self-surrender by September 25. (Docket # 75.)

2. Defendant failed to do so. Judge Wilson subsequently issued a bench warrant for Defendant's arrest. (Docket # 77.)

3. Defendant was arrested and appeared in the criminal duty court on October 4. Magistrate Judge Wilner ordered Defendant detained. 18 U.S.C. § 3148. The matter is referred to Judge Wilson for any further proceedings.